**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __California__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Pacific Freedom Fund LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 8 5 _ 0 5 7 3 2 3 9 |

**4. Debtor's address**

**Principal place of business**

1555 Grant Avenue
Number          Street

_____

Novato                CA        94945
City                    State      ZIP Code

Marin
County

**Mailing address, if different from principal place of business**

_____
Number          Street
P.O. Box 59

P.O. Box
Lafayette             CA        94549
City                    State      ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number          Street

_____

_____
City                    State      ZIP Code

**5. Debtor's website** (URL)   www.pacificprivatemoney.com

Case: 26-30532   Doc# 1   Filed: 06/16/26   Entered: 06/16/26 12:05:09   Page 1 of 17

Debtor  Pacific Freedom Fund LLC
_____
Name

Case number (*if known*)_____

---

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_5_ _3_ _1_ _3_

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                                MM / DD / YYYY

         District _____ When _____ Case number _____
                                                MM / DD / YYYY

---

Case: 26-30532    Doc# 1    Filed: 06/16/26    Entered: 06/16/26 12:05:09    Page 2 of 17

Debtor  Pacific Freedom Fund LLC
Name                                    Case number (if known)_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor _____ See attached Separate List. _____  Relationship _____

District _____  When _____
                                                        MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                              Number          Street

_____

_____  _____ _____
City                                              State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Case: 26-30532    Doc# 1    Filed: 06/16/26    Entered: 06/16/26 12:05:09    Page 3 of 17

| Debtor | Pacific Freedom Fund LLC | Case number (if known) |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ❑ $0-$50,000<br>❑ $50,001-$100,000<br>❑ $100,001-$500,000<br>❑ $500,001-$1 million | ❑ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>❑ $50,000,001-$100 million<br>❑ $100,000,001-$500 million | ❑ $500,000,001-$1 billion<br>❑ $1,000,000,001-$10 billion<br>❑ $10,000,000,001-$50 billion<br>❑ More than $50 billion |
| **16. Estimated liabilities** | ❑ $0-$50,000<br>❑ $50,001-$100,000<br>❑ $100,001-$500,000<br>❑ $500,001-$1 million | ❑ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>❑ $50,000,001-$100 million<br>❑ $100,000,001-$500 million | ❑ $500,000,001-$1 billion<br>❑ $1,000,000,001-$10 billion<br>❑ $10,000,000,001-$50 billion<br>❑ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/14/2026
                  MM / DD / YYYY

✗ Signed by _Mark Hanf_
EF3865A51DB4469
Signature of authorized representative of debtor

Mark Hanf
Printed name

Title   Sole Director of Pacific Private Money, Inc., the Manager

**18. Signature of attorney**

✗ _____
Signature of attorney for debtor

Date   06/08/2026
        MM / DD / YYYY

Bennett G. Young
Printed name

Jeffer Mangels & Mitchell LLP
Firm name

333 Bush Street, 11th Floor
Number        Street

San Francisco                          CA              94104
City                                   State       ZIP Code

(415) 398-8080                         byoung@jeffer.com
Contact phone                          Email address

106504 California
Bar number                                          State

Case: 26-30532    Doc# 1    Filed: 06/16/26    Entered: 06/16/26 12:05:09    Page 4 of 17

**<u>Voluntary Petition for Non-Individuals Filing Bankruptcy</u>**

**Attachment to Item No. 10**

**No. 10     Are any Bankruptcy Cases Pending or Being Filed by a Business Partner or an Affiliate of the Debtor?  Yes**

**<u>LIST OF ALL RELATED ENTITIES AND ORG CHART</u>**

- PRIVATE MONEY MANAGEMENT GROUP LLC

- PACIFIC SOUTHWEST NOTE FUND LLC

- PACIFIC PRIVATE MONEY, INC.

- PACIFIC MORTGAGE CAPITAL, LLC

- PACIFIC PRIVATE MONEY PARTNERS LLC

- PACIFIC PRIVATE MONEY GROUP LLC

- PACIFIC PRIVATE MONEY FUND LLC

- PACIFIC OPPORTUNITY FUND LLC

- PACIFIC NOTE FUND MANAGEMENT GROUP LLC

- PACIFIC FREEDOM FUND LLC

- PACIFIC CAPITAL FUNDING GROUP, INC.

- ARRIVAL HOME LOANS, LLC

- ARRIVAL FUND I, LLC

8034511v1

# THE PACIFIC PRIVATE MONEY GROUP OF COMPANIES



# THE PACIFIC PRIVATE MONEY GROUP OF COMPANIES



Docusign Envelope ID: 7E5E655C-ACBF-823E-83BD-DFBCE1BD6573

**UNANIMOUS WRITTEN CONSENT OF
THE MANAGER
IN LIEU OF SPECIAL MEETING
OF**

**PACIFIC FREEDOM FUND LLC**
**a California limited liability company**

Pursuant to California Corporation Code Section 307(b) and Section 3.8(b) of the Limited Liability Company Operating Agreement of Pacific Freedom Fund LLC, the undersigned, constituting the Manager of Pacific Freedom Fund LLC, a California limited liability company (the "Company"), does hereby dispense with the formality of a special meeting of the Manager, and hereby adopts the following resolutions:

**Commencement of the Chapter 11 Case**

WHEREAS, the Manager has reviewed, discussed, and had the opportunity to ask questions about the materials presented by the legal and financial advisors of the Company regarding, among other matters, the actual and potential liabilities of the Company, its liquidity, the strategic alternatives available to it, and the impact of the foregoing on the Company;

WHEREAS, the Manager has had the opportunity to consult with the legal and financial advisors of the Company to fully consider each of the strategic alternatives available to the Company; and

WHEREAS, the Manager desires to approve this resolution;

NOW, THEREFORE, BE IT RESOLVED that the Manager has determined, after consultation with the legal and financial advisors of the Company, that it is desirable and in the best interests of the Company, its creditors, and other parties in interest that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code; and

BE IT FURTHER RESOLVED that the Manager is authorized and empowered, with full power of delegation, to negotiate, execute, deliver, and file in the name and on behalf of the Company, and under its seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders, and other documents in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"), and, in connection therewith, to take and perform any and all further acts and deeds deemed necessary, appropriate, desirable, or advisable in connection with the Company's chapter 11 case (the "Chapter 11 Case"), including, without limitation, (a) the payment of any fees, expenses, and taxes, and (b) negotiating, executing, delivering, performing, and filing any and all additional documents, schedules, statements, lists,

8032320/v1

papers, agreements, certificates, or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Case with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that the Manager deemed the same to meet such standard); and

BE IT FURTHER RESOLVED that, in connection with the Company's Chapter 11 Case, the Manager is authorized and empowered, with full power of delegation, in the name and on behalf of the Company, to employ and retain all assistance, including legal counsel, accountants, financial advisors, investment bankers, and other professionals that the Manager deems necessary, appropriate, desirable, or advisable in connection with such employment and retention of professionals, with the view to the successful prosecution of the Chapter 11 Case; and

BE IT FURTHER RESOLVED that Bill Brinkman is designated and authorized to act as the "Responsible Individual" for the Company as may be required by the Bankruptcy Local Rules for the Northern District of California; and

I

BE IT FURTHER RESOLVED that any and all acts of the Manager in furtherance of the transactions contemplated by the foregoing resolutions taken prior to the adoption of these resolutions, are hereby ratified, confirmed, approved, and adopted.

This Unanimous Written Consent shall be filed with the secretary of the Company, who is hereby instructed to insert it in the Minute Book of the Company.

Dated as of _____04/09/2026_____, 20__.

MANAGER:

PACIFIC PRIVATE MONEY, INC.

By: _____*Mark Hanf*_____
　　　FF3865A51DB4469...
Mark Hanf
Its President

-2-

8032320?/v1

JEFFER MANGELS & MITCHELL LLP
BENNETT G. YOUNG (Bar No. 106504)
byoung@jeffer.com
CHRISTOPHER K. WHANG (Bar No. 316916)
cwhang@jeffer.com
333 Bush Street, Eleventh Floor
San Francisco, California  94104
Telephone:      (415) 398-8080
Facsimile:      (415) 398-5584

Proposed Attorneys for Debtor and Debtor in Possession
PACIFIC FREEDOM FUND LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | CASE NO. |
| PACIFIC FREEDOM FUND LLC, | Chapter 11 |
| Debtor | |

**CONSOLIDATED LIST OF CREDITORS AND INVESTORS WHO HAVE THE 30**

**LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS**

Case: 26-30532    Doc# 1    Filed 06/16/26    Entered 06/16/26 12:05:09    Page 10 of 17
80656443v1    CONSOLIDATED LIST OF CREDITORS AND INVESTORS WHO HAVE THE 90 LARGEST UNSECURED
CLAIMS AND ARE NOT INSIDERS

# CONSOLIDATED LIST OF CREDITORS AND INVESTORS WHO HAVE THE 30 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim |
|---|---|---|---|---|
| Saluda Grade Alternative Lending & Fintech Growth Fund I LP F5 Bryant Park, 23rd Floor New York NY 10018 | Gregory V. Demo Pachulski Stang Ziehl & Jones LLP 1700 Broadway, 36th Floor New York, NY 10019 Tel: 212.561.7730 GDemo@pszjlaw.com | Note payable | | $6,189,000 |
| WE Alliance Secured Income Fund, LLC 3001 Douglas Blvd Suite 142 Roseville, CA 95661 | Michael W. Stoltzman, Jr. The Ryan Firm 2603 Main Street, Suite 1225 Irvine, CA 92614 Phone: (949) 263-1800 mstoltzman@theryanfirm.com | Investor | | 3,705,219 |
| Versailles Inc. 367 South Morning Sun Avenue Mill Valley, CA 94941 | Versailles Inc. 367 South Morning Sun Avenue Mill Valley, CA 94941 | Investor | | 3,628,297 |
| Michael P Roy 61455 Meeks Trail Bend Bend, OR 97702 | Michael P. Roy 61455 Meeks Trail Bend Bend, OR 97702 | Investor | | 3,000,000 |
| Robert O. Pellissier PO Box 61 Sunol, CA 94586 | Robert O. Pellissier PO Box 61 Sunol, CA 94586 | Investor | | 2,637,203 |
| Thomas Ross Jackson Living Trust 1 Pivato Court Novato, CA 94945 | Thomas Ross Jackson 1 Pivato Court Novato, CA 94945 | Investor | | 2,604,083 |

80658486v1

| | | | |
|---|---|---|---|
| Robert Nobili, Trustee of the Robert Nobili Revocable Trust 121 Kent Ave #4 Kentfield, CA 94904 | Robert Nobili, Trustee of the Robert Nobili Revocable Trust 121 Kent Ave #4 Kentfield, CA 94904 | Investor | 2,600,000 |
| Forge Trust Co. CFBO Aftab Omer IRA PO Box 2048 San Francisco, CA 94216-2048 | Aftab Omer 944 15th Street Santa Monica, CA 90403 | Investor | 2,353,782 |
| Grant and Dawnell Lewis 20092 Chateau Drive Saratoga, CA 95070 | Grant and Dawnell Lewis 20092 Chateau Drive Saratoga, CA 95070 | Investor | 2,300,239 |
| Forge Trust CFBO Carolyn Clark IRA PO Box 2048 San Francisco, CA 94216-2048 | Carolyn Clark 929 N. Terrace Hills Drive Salt Lake City, UT, 84103 | Investor | 1,587,563 |
| Andrew D. Chew, as Trustee of The Chew Family Trust 969 Hollyhock Drive San Leandro, CA 94578 | Andrew D. Chew, as Trustee of The Chew Family Trust 969 Hollyhock Drive San Leandro, CA 94578 | Investor | 1,561,694 |

80638486v1

| | | | |
|---|---|---|---|
| Andre S. Borgman and Eve Cooper, as Co-Trustees 1030 Valley View Court Novato, CA 94945 | Andre S. Borgman and Eve Cooper, as Co-Trustees 1030 Valle View Court Novato, CA 94945 | Investor | 1,500,000 |
| Yuli Hi Living Trust 1897 Serpentine Drive Union City, CA 94587 | Yuli Hi Living Trust 1897 Serpentine Drive Union City, CA 94587 | Investor | 1,500,000 |
| John Zimmerman 4041 Petaluma Blvd. North Petaluma, CA 94952 | John Zimmerman 4041 Petaluma Blvd. North Petaluma, CA 94952 | Investor | 1,410,618 |
| Susan M. Cohen Trust 227 Penngrove Avenue Penngrove, CA 94951 | Susan M. Cohen Trust 227 Penngrove Avenue Penngrove, CA 94951 | Investor | 1,400,000 |
| Rick Obbema, Legal Owner Via Non-Trust Custodial IRA 6900 Westcliff Drive Las Vegas, NV 89145 | Rick Obbema 16540 Trail Drive Morgan Hill, CA 95037 | Investor | 1,349,510 |
| Mark Anderson Living Trust 359 Waverly Street Sunnyvale, CA 94086 | Mark Anderson Living Trust 359 Waverly Street Sunnyvale, CA 94086 | Investor | 1,300,000 |

80658486v1

| | | | |
|---|---|---|---|
| David F. Martin and Cecilia J. Allen Martin 2236 Denise Drive Santa Clara, CA 95050 | David F. Martin and Cecilia J. Allen Martin 2236 Denise Drive Santa Clara, CA 95050 | Investor | 1,256,876 |
| Nicole Siminoff 21 Rocklyn Court Corte Madera, CA 94925 | Nicole Siminoff 21 Rocklyn Court Corte Madera, CA 94925 | Investor | 1,237,972 |
| Edward and Terri Lynn Cousley 50 Kukui Road PO Box 630808 Lanai City HI 96763 | Edward and Terri Lynn Cousley 50 Kukui Road PO Box 630808 Lanai City HI 96763 | Investor | 1,200,000 |
| N. Todd Smith Revocable Trust 2052 Feliz Road Novato, CA 94945 | N. Todd Smith Revocable Trust 2052 Feliz Road Novato, CA 94945 | Investor | 1,194,000 |
| McClintock Properties, L.P. 336 Bon Air Center #393 Greenbrae, CA 94904 | McClintock Properties, L.P. 336 Bon Air Center #393 Greenbrae, CA 94904 | Investor | 1,175,780 |
| John J. Boyle and Judy S. Boyle 2007 Trust 220 Vista Court, Yountville, CA, 94599 | John J. Boyle and Judy S. Boyle 2007 Trust 220 Vista Court, Yountville, CA, 94599 | Investor | 1,140,000 |
| The O'Hara Family Trust #3 Ridgewood Court Belmont, CA 94002 | The O'Hara Family Trust #3 Ridgewood Court Belmont, CA 94002 | Investor | 1,120,000 |

80658486v1

| | | | |
|---|---|---|---|
| Richard and Rebekah Obbema 16540 Trail Drive Morgan Hill, CA 95037 | Richard and Rebekah Obbema 16540 Trail Drive Morgan Hill, CA 95037 | Investor | 1,040,000 |
| James Holsworth 1013 Parkinson Avenue Palo Alto, CA, 94301 | James Holsworth 1013 Parkinson Avenue Palo Alto, CA, 94301 | Investor | 1,000,000 |
| Kaiser R. Mulla-Feroze Living Trust 216 Roosevelt Way, San Francisco, CA, 94114 | Kaiser R. Mulla-Feroze 216 Roosevelt Way, San Francisco, CA, 94114 | Investor | 1,000,000 |
| Mary Anne Rohde, Trustee of Mary Anne Rohde Trust 927 East Homestead Road Sunnyvale, CA 94087 | Mary Anne Rohde 927 East Homestead Road Sunnyvale, CA 94087 | Investor | 1,000,000 |
| Nan Frazee 205 East Street Hailey, ID 83333 | Nan Frazee 205 East Street Hailey, ID 83333 | Investor | 1,000,000 |
| Janette Brooks, Trustee of The Linda Smith Family Trust 952 School Street, Unit 224 Napa, CA 94559 | Janette Brooks 952 School Street, Unit 224 Napa, CA 94559 | Investor | 1,000,000 |
| Santa Cruz Imports, Inc. 45075 Bohan Dillon Road Cazadero, CA 94521 | Jonathan M. Bowne 111 North Main Street Sebastopol, California 95472 Telephone: (949) 683-6252 Email: jonbowne@bowne-law.com | Investor | 999,083 |

80658486v1

JEFFER MANGELS & MITCHELL LLP
BENNETT G. YOUNG (Bar No. 106504)
byoung@jeffer.com
CHRISTOPHER K. WHANG (Bar No. 316916)
cwhang@jeffer.com
333 Bush Street, Eleventh Floor
San Francisco, California 94104
Telephone:     (415) 398-8080
Facsimile:     (415) 398-5584

Attorneys for Debtor PACIFIC FREEDOM
FUND LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | CASE NO. |
|---|---|
| PACIFIC FREEDOM FUND LLC, | Chapter 11 |
| Debtor | **CORPORATE OWNERSHIP STATEMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), PACIFIC FREEDOM

FUND LLC states that the following publicly held corporations directly or indirectly own 10% or

more of its stock:

None.

DATED:  June 15, 2026

JEFFER MANGELS & MITCHELL LLP
BENNETT G. YOUNG
CHRISTOPHER K. WHANG


By: /s/ Bennett G. Young
    BENNETT G. YOUNG
Attorneys for Debtor PACIFIC FREEDOM FUND
LLC

CORPORATE OWNERSHIP STATEMENT

**Fill in this information to identify the case and this filing:**

Debtor Name  Pacific Freedom Fund LLC

United States Bankruptcy Court for the:  Northern                        District of  California
                                                                                                        (State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Consolidated List of Creditors and Investors Who Have The 30 Largest Unsecured Claims And Are Not Insiders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/15/2026              ✗ _____
                 MM / DD / YYYY                        Signature of individual signing on behalf of debtor

DocuSigned by:
765A57D8FB8A4E5...

                                                                William R. Brinkman
                                                                Printed name

                                                                Chief Restructuring Officer
                                                                Position or relationship to debtor